

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00314-CV
### No. 10-12-00315-CV

**DAVID JONES, JR.,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 1986-679-C and 2003-964-C

## MEMORANDUM  OPINION

The Clerk of this Court notified Appellant by letters dated November 7, 2012 that the Court has not received the docketing statement in these appeals and warned Appellant that if the docketing statements were not filed within 21 days from the date of those letters, these appeals would be dismissed without further notification.

Because the docketing statements have not been filed, these appeals are dismissed.  TEX. R. APP. P. 42.3(b), (c).

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeals dismissed
Opinion delivered and filed December 27, 2012
[CV06]